UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:10-M-1503-1

| United States Of America | ) | |
| :--- | :--- | :--- |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| Delano Pendleton | ) | |

On December 7, 2010, Delano Pendleton appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired-Level 2, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on March 30, 2011, the court finds as a fact that Delano Pendleton, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Using a controlled substance.
2. Failure to participate as directed in a urinalysis program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 days. The defendant is given two days jail credit. Defendant is ordered to report on April 7, 2011, before 2:00pm to the Cumberland County Detention Center to serve the remaining 8 days of his 10 day sentence.

2. The defendant is to be drug tested on a weekly basis.

3. Any violations are to be reported to the Honorable James E. Gates, U.S. Magistrate Judge.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 30th day of March, 2011.

_____
James E. Gates
U.S. Magistrate Judge