UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:10-MJ-1503-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| vs. | ) | **ORDER CONTINUING** |
| | ) | **SUPERVISION** |
| **Delano Pendleton** | ) | |

On December 7, 2010, Delano Pendleton appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired-Level 2, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on May 26, 2011, and at the continued hearing on August 19, 2011, the court finds as a fact that Delano Pendleton, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision under the original terms and conditions imposed in this case.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued.

This the 19th day of August, 2011.

_____
James E. Gates
United States Magistrate Judge